**EXHIBIT 2:** INFRINGEMENT
URL: https://www.youtube.com/watch?v=Piu9W9y8t-A

